| Fill in this information to identify the case: | |
|---|---|
| Debtor 1 | SAMUEL D. RIVERA GUADALUPE |
| Debtor 2 (Spouse, if filing) | JANET E. NIEVES-MELÉNDEZ |
| United States Bankruptcy Court for the: District of Puerto Rico | |
| Case number | 19-01047 |

Official Form 410S1

# Notice of Mortgage Payment Change

12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** DEUTSCHE BANK NATIONAL TRUST COMPANY, AS CERTIFICATE TRUSTEE ON BEHALF OF BOSCO CREDIT II TRUST SERIES 2017-1

**Court claim no.** (if known): 7

**Last 4 digits** of any number you use to identify the debtor's account: 5 9 2

**Date of payment change:**
Must be at least 21 days after date of this notice: 05/01/2019

**New total payment:** $ 1,077.59
Principal, interest, and escrow, if any

### Part 1: Escrow Account Payment Adjustment

1. Will there be a change in the debtor's escrow account payment?

   ☐ No
   ☑ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment: $ 73.70    New escrow payment: $ 316.29

### Part 2: Mortgage Payment Adjustment

2. Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's variable-rate account?

   ☑ No
   ☐ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not attached, explain why: _____

   Current interest rate: _____ %    New interest rate: _____ %

   Current principal and interest payment: $ _____    New principal and interest payment: $ _____

### Part 3: Other Payment Change

3. Will there be a change in the debtor's mortgage payment for a reason not listed above?

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement. *(Court approval may be required before the payment change can take effect.)*

   Reason for change: _____

   Current mortgage payment: $ _____    New mortgage payment: $ _____

| Debtor 1 | SAMUEL D. RIVERA GUADALUPE | Case number (if known) 19-01047 |
|---|---|---|
| | First Name   Middle Name   Last Name | |

## Part 4: Sign Here

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.

✗ _/s/ signature_    Date 04/10/2019
Signature

Print: Gina    D'Elia    Title BANKRUPTCY DEPARTMENT MANAGER
First Name  Middle Name  Last Name

Company   Franklin Credit Management Corp.

Address   101 Hudson St. 25th Floor
Number    Street

Jersey City, NJ 07302
City    State    ZIP Code

Contact phone   1-800-650-7162    Email bk.info@franklincredit.com

Official Form 410S1    Notice of Mortgage Payment Change    page 2

Franklin Credit Management Corporation                    Final
101 Hudson St 25 FL
Jersey City, NJ   07302
For Inquiries:  (800) 255-5897

Analysis Date:  April 10, 2019

SAMUEL D. RIVERA-GUADALUPE                                           Loan:       8800000592
JANET E. NIEVES-MELENDEZ
PO Box 4956                                  Property Address:
CAGUAS PR   00726                            R11-4 CALLE F URB.TURABO GARDENS
                                             CAGUAS, PR   00725

## Annual Escrow Account Disclosure Statement
## Account History

This is a statement of actual activity in your escrow account from Apr 2019 to Apr 2019.  Last year's anticipated activity (payments to and from your escrow account) is next to the actual activity. **Bankruptcy filing date 02/27/2019.**

| Payment Information | Current: | Effective May 01, 2019: | Escrow Balance Calculation | |
|---|---|---|---|---|
| Principal & Interest Pmt: | 761.30 | 761.30 | Due Date: | Jul 01, 2015 |
| Escrow Payment: | 73.70 | 316.29 | Escrow Balance: | (12,631.86) |
| Other Funds Payment: | 0.00 | 0.00 | Anticipated Pmts to Escrow: | 3,390.20 |
| Assistance Payment (-): | 0.00 | 0.00 | Anticipated Pmts from Escrow (-): | 0.00 |
| Reserve Acct Payment: | 0.00 | 0.00 | Anticipated Escrow Balance: | ($9,241.66) |
| Total Payment: | $835.00 | $1,077.59 | | |

| | Payments to Escrow | | Payments From Escrow | | | Escrow Balance | |
|---|---|---|---|---|---|---|---|
| Date | Anticipated | Actual | Anticipated | Actual | Description | Required | Actual |
| | | | | | Starting Balance | 1,198.40 | (12,631.86) |
| | | | | | Anticipated Transactions | 1,198.40 | (12,631.86) |
| Apr 2019 | | 3,390.20 | | | | | (9,241.66) |
| | $0.00 | $3,390.20 | $0.00 | $0.00 | | | |

An asterisk (*) indicates a difference from a previous estimate either in the date or the amount.  If you want a further explanation, please call our toll-free number.

Last year, we anticipated that payments from your account would be made during this period equaling $0.00. Under Federal law, your lowest monthly balance should not have exceeded $440.91 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount.  Your mortgage contract and State law are silent on this issue.

Analysis Date: April 10, 2019

SAMUEL D. RIVERA-GUADALUPE                                   Loan:    8800000592

## Annual Escrow Account Disclosure Statement
## Projections for Coming Year

This is an estimate of activity in your escrow account during the coming year based on payments anticipated to be made to and from your account.

| Date | Anticipated Payments To Escrow | Anticipated Payments From Escrow | Description | Escrow Balance Anticipated | Escrow Balance Required |
|---|---|---|---|---|---|
|  |  |  | Starting Balance | (9,241.66) | 1,265.16 |
| May 2019 | 316.29 | 489.00 | Hazard Insurance | (9,414.37) | 1,092.45 |
| Jun 2019 | 316.29 |  |  | (9,098.08) | 1,408.74 |
| Jul 2019 | 316.29 | 1,149.75 | County | (9,931.54) | 575.28 |
| Aug 2019 | 316.29 |  |  | (9,615.25) | 891.57 |
| Sep 2019 | 316.29 |  |  | (9,298.96) | 1,207.86 |
| Oct 2019 | 316.29 |  |  | (8,982.67) | 1,524.15 |
| Nov 2019 | 316.29 |  |  | (8,666.38) | 1,840.44 |
| Dec 2019 | 316.29 |  |  | (8,350.09) | 2,156.73 |
| Jan 2020 | 316.29 | 2,156.73 | County | (10,190.53) | 316.29 |
| Feb 2020 | 316.29 |  |  | (9,874.24) | 632.58 |
| Mar 2020 | 316.29 |  |  | (9,557.95) | 948.87 |
| Apr 2020 | 316.29 |  |  | (9,241.66) | 1,265.16 |
|  | $3,795.48 | $3,795.48 |  |  |  |

(Please keep this statement for comparison with the actual activity in your account at the end of the escrow accounting computation year.)

Your escrow balance contains a cushion of $316.29. A cushion is an additional amount of funds held in your escrow balance to prevent the balance from becoming overdrawn when an increase in the disbursement amount occurs. Under Federal law, your lowest monthly balance should not exceed $632.58 or 1/6 of the anticipated payment from the account, unless your mortgage contract or State law specifies a lower amount. Your mortgage contract and State law are silent on this issue.

Your ending balance from the last month of the account history (escrow balance anticipated) is ($9,241.66). Your starting balance (escrow balance required) according to this analysis should be $1,265.16. This means you have a shortage of $10,506.82. This shortage may be collected from you over a period of 12 months or more unless the shortage is less than 1 month's deposit, in which case we have the additional option of requesting payment within 30 days. We have decided to do nothing.

We anticipate the total of your coming year bills to be $3,795.48. We divide that amount by the number of payments expected during the coming year to obtain your escrow payment.

**New Escrow Payment Calculation**

| | |
|---|---|
| Unadjusted Escrow Payment | 316.29 |
| Surplus Amount: | 0.00 |
| Shortage Amount: | 0.00 |
| Rounding Adjustment Amount: | 0.00 |
| Escrow Payment: | $316.29 |

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | |
|---|---|
| **IN RE:**<br>SAMUEL DAVID RIVERA GUADALUPE<br>JANET EILEEN NIEVES MELENDEZ<br><br>    Debtors | **CASE NO.** 19-01047<br><br>Chapter 13 |

## CERTIFICATE OF SERVICE

I, Edna M. Tejeda Oyola, hereby certify that on April 10th 2019, I caused to be served the following document by sending a true and correct copy by regular mail to counsel for Debtor, Enrique Almeida, Esq., to the Chapter 13 Trustee Alejandro Oliveras and to Debtors, Samuel David Rivera Guadalupe and Janet Eileen Nieves Meléndez to their address of record.

• Notice of Payment Change  [Case No. 19-01047]

• Dated:04/10//2019

>*Counsel for Creditor*
>*/s/ Edna M. Tejeda Oyola*
>Edna M. Tejeda Oyola, Esq.
>USDC-PR No. 219803
>**SALICHS POU & ASSOCIATES, PSC**
>PO BOX 195553
>San Juan, Puerto Rico 00919-5553
>Tel. (787) 449-6000
>Fax (787) 474-3892